UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILLIP LUCAS

VERSUS

METHANEX USA LLC, ET AL.

CIVIL ACTION

NO. 15-361-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 20, 2015, to which no objection was filed:

**IT IS ORDERED** that the Plaintiffs Motion to Remand is GRANTED, with the exception that Plaintiff's request for costs and expenses are DENIED, and the action is REMANDED to the 23rd Judicial District Court, Ascension Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on <u>August 10, 2015</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA